IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04-cv-01703-EWN-CBS

CHARLES L. FLOYD, JR.,

    Applicant,

v.

WARDEN RIOS, F.C.I.. Florence,

    Respondent.

**ORDER**

    This matter comes before the court on Petitioner's objection to the recommendation of the assigned magistrate judge that his case be dismissed.  The magistrate judge recites in the recommendation that the Bureau of Prisons' calculated release date was November 6, 2006.  Upon inquiry, the court has discovered that Petitioner was, in fact, released on March 6, 2006, and is now on supervised release.  The issues presented concerning his good conduct time credits are now moot.  Even if he were to violate the terms of his supervised release and be re-incarcerated, the issues would remain moot.  Accordingly, it is

    **ORDERED** that the petition be DISMISSED as moot.

Dated this 31st day of July, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge